**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**


**v.**                                    **Criminal Action No.: 1:26-CR-09-GNS**


**DANNY RAY JONES**                                    **DEFENDANT**


### UNITED STATES'S SENTENCING MEMORANDUM

The United States respectfully recommends that Mr. Jones receive a sentence of imprisonment at the low end of applicable Sentencing Guideline range, followed by three years of supervised release, and restitution of $3,726,729.

As detailed in paragraph 3 of the plea agreement (DN 14), and on page 6 of Mr. Jones's sentencing memorandum (DN 22), Mr. Jones clearly understood that he was participating in a scheme to commit crop insurance fraud, and he should be held responsible for the losses caused by his participation in the scheme. In paragraph 9 of the plea agreement, Mr. Jones agreed that he would be responsible for $3,726,729 in restitution, and that agreement should be enforced.  In paragraph 12A of the plea agreement, Mr. Jones agreed that the Guideline range should be calculated based on a loss of over $3.5 million.  That agreement should also be enforced.

A sentence at the low end of the applicable Sentencing Guideline range will reflect the seriousness of the offense, promote respect for the law, and provide just punishment.  (18 U.S.C. § 3553(a)(2)(A)).  It will also afford adequate deterrence.  (Id., at (a)(2)(B)).  Finally, a sentence

of imprisonment at the low end of the applicable Sentencing Guideline range will prevent unwarranted sentencing disparities with similarly situated defendants.[1] (Id., at (a)(6)).

For all these reasons, the United States recommends that Mr. Jones receive a sentence of imprisonment at the low end of applicable Sentencing Guideline range, followed by three years of supervised release, and restitution of $3,726,729.

Respectfully submitted,

KYLE G. BUMGARNER
United States Attorney


David Weiser
Assistant U.S. Attorney
717 West Broadway
Louisville, KY 40202
(502) 625-7068
David.Weiser@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.


David Weiser
David Weiser
Assistant United States Attorney

---

[1] A sentence of imprisonment at the low end of the applicable Sentencing Guideline range will also fall within the scope of sentences reflected in the JSIN data. (PSR, DN 16, ¶ 61).